

**OFFICE OF THE COUNTY COUNSEL**
1221 Oak Street, Suite 450, Oakland, California 94612-4296
Telephone (510) 272-6700        Facsimile (510) 272-5050

RICHARD E. WINNIE
COUNTY COUNSEL

*APPROVED*
*Judge Susan Illston*

August 9, 2010

The Honorable Sandra Illston
United States District Judge
United States Courthouse
Courtroom 10, 19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

RE:   Ray v. Hobbs, et. al.
      USDC No. 09-252 SI (PR)

Dear Judge Illston:

I submitted a Motion for Administrative Relief on June 8, 2010 requesting that the dates for filing the opposition and reply memoranda in the above matter be continued until after August 6, 2010. (Docket #19) I followed up on that motion with a letter dated June 21, 2010. (Docket #21) I did not receive any response to the motion or my letter.

Plaintiff filed his opposition on July 19, 2010. (Docket #22 and #23) I was out of the country at the time and did not return until today. I renew my request that the date for filing my reply be extended. I believe that I can file my reply within two weeks.

If you have any questions regarding the motion, please do not hesitate to contact me.

Very truly yours,

RICHARD E. WINNIE
County Counsel

By
Todd Boley
Deputy County Counsel

TB/mmy

Enclosures

cc:   Edward Vincent Ray, Jr.
      Tracy Forakis (by email)

RE: **EDWARD VINCENT RAY, JR. V. NATHAN HOBBS, ET AL.**
United States District Court – Northern District of California
Case No. C 09-252 SI (pr)

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On the below date, I served the attached:

- **LETTER TO HON. SANDRA ILLSON DATED AUGUST 9, 2010**

in the above-mentioned matter on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Edward V. Ray, Jr.<br>F-73521<br>TCCF<br>415 U.S. Hwy 49 North<br>Tutwiler, MS 38963 | VIA U.S. MAIL<br>Plaintiff Pro Per |
| Tracy Forakis<br>Tracy_forakis@can.uscourts.gov<br>United States District Court<br>Northern Division<br>415-522-2028 | VIA E-MAIL<br>Calendar Clerk for Hon. Sandra |

☒ BY MAIL: I am readily familiar with the Office of the County Counsel, Alameda County's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in the City of Oakland, California, in a sealed envelope with postage fully prepaid.

☒ BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on August 9, 2010.

/s/ *Myrna M. Yee*
Myrna M. Yee

PROOF OF SERVICE, *Edward Vincent Ray, Jr. v. Nathan Hobbs, et al.*, Case No. C 09-252 SI (pr)   1