<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR., | No. C 09-252 SI (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NATHAN HOBBS and CHILD PROTECTIVE SERVICES, | |
| Defendants.            / | |

Defendants' motions for summary judgment are granted.  Judgment is entered accordingly in favor of defendants and against plaintiff.

**IT IS SO ORDERED**.

DATED: February 22, 2011

_____
SUSAN ILLSTON
United States District Judge