United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>NATHAN HOBBS and CHILD PROTECTIVE SERVICES,<br><br>  Defendants.<br>_____/ | No. C 09-252 SI (pr)<br><br>**ORDER DENYING MOTION TO VACATE ORDER GRANTING SUMMARY JUDGMENT** |

The court granted summary judgment for defendants on February 22, 2011, and the Ninth Circuit summarily affirmed on September 12, 2011 in *Ray v. Child Protective Services and Nathan Hobbs*, Ninth Cir. No. 11-15752. Plaintiff has filed a motion to vacate the order granting summary judgment for defendants, claiming to only recently have obtained copies of orders in which he learned of an error by the court regarding a Confrontation Clause claim. However, the argument plaintiff makes in his motion is not new; it is the same muddled Confrontation Clause issue he raised on appeal in the Ninth Circuit – an issue that the Ninth Circuit found "so insubstantial as not to require further argument" when it summarily affirmed the district court's judgment. *See id.* at Docket # 7, pp. 3-4 and Docket # 20, p. 1. Plaintiff is not entitled to relief from the judgment under any subsection of Federal Rule of 60(b). Plaintiff's motion to vacate the judgment therefore is DENIED. Docket # 40.

IT IS SO ORDERED.

Dated: April 28, 2014

_____
SUSAN ILLSTON
United States District Judge